IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:19-CR-160-TAV-HBG |
| DOMINIQUE CHANDLER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant Chandler's Motion to Continue [Doc. 36], filed on January 2, 2020.

Defendant Chandler requests for the Court to continue the February 18, 2020 trial date, as well as the motion and plea deadlines in this case. Defendant Chandler asserts that granting a continuance in the present case will serve the ends of justice by providing additional time to properly prepare the case and permit the parties the opportunity to make a full resolution of all pending issues. Further, the motion states that counsel has explained the right to a speedy trial to the Defendant, who understands that all time between the filing of the motion and the new trial date will be fully excludable. The motion also relates that the Government does not object to the requested continuance. The parties have conferred with Chambers and agreed on a new trial date of March 31, 2020.

The Court finds the Defendant's motion to continue the trial and other deadlines to be unopposed by the Government and to be well-taken. The Court also finds that the ends of justice served by granting a continuance outweigh the interest of the Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Indictment [Doc. 1] charges Defendant Chandler with conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, conspiracy to distribute and possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, possession with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, and the use of a firearm in furtherance of a drug trafficking crime. Further, the Court notes that both of Defendant Chandler's codefendants have filed plea agreements in the present case. Assistant Federal Defender Mary Margaret Kincaid relates that, despite the exercise of due diligence, she needs additional time to resolve pretrial matters and to prepare the case for trial. The Court finds that without a continuance, defense counsel would not have the reasonable time necessary to prepare for trial, despite counsel's exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, Defendant's unopposed motion [**Doc. 31**] to continue the trial date is **GRANTED**, and the trial is reset to **March 31, 2020**. The Court finds that all the time between the filing of the motion for a continuance on **January 2, 2020**, and the new trial date of **March 31, 2020**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein. *See* 18 U.S.C. § 3161(h)(1)(D) & -(7)(A)-(B). With regard to additional scheduling in this case, the deadline for filing pretrial motions is extended to **January 30, 2020**. Responses to pretrial motions are due on or before **February 13, 2020**. The parties are to appear before the undersigned for a final pretrial conference on **March 13, 2020, at 1:30 p.m.** This date shall also be the deadline for

concluding plea negotiations and providing reciprocal discovery. The Court instructs the parties that all motions *in limine* must also be filed no later than **March 16, 2020**. Special requests for jury instructions shall be submitted to the District Judge no later than **March 20, 2020**, and shall be supported by citations to authority pursuant to Local Rule 7.4.

Accordingly, it is **ORDERED** as follows:

(1) The Defendant's Motion to Continue [**Doc. 36**] is **GRANTED**;

(2) The trial of this matter is reset to commence on **March 31, 2020, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) All time between the filing of the motion on **January 2, 2020**, and the new trial date of **March 31, 2020**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) The deadline for filing pretrial motions is extended to **January 30, 2020**. Responses to pretrial motions are due on or before **February 13, 2020**;

(5) The parties are to appear before the undersigned for a final pretrial conference on **March 13, 2020 at 1:30 p.m.** This date is also the deadline for concluding plea negotiations and for providing reciprocal discovery;

(6) The Court instructs the parties that all motions *in limine* must be filed no later than **March 16**, **2020**; and

(7) Special requests for jury instructions shall be submitted to the District Judge no later than **March 20, 2020**, and shall be supported by citations to authority pursuant to Local Rule 7.4.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge